IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN J. HAYS                                                           PLAINTIFF

v.                              Civil No. 06-5135

HUMBOLDT COUNTY PROSECUTORS OFFICE;
THE GOVERNOR'S OFFICE OF THE STATE OF
CALIFORNIA; THE COUNTY OF HUMBOLDT,
CALIFORNIA; BENTON COUNTY SHERIFF'S
OFFICE; BENTON COUNTY JAIL; THE GOVERNOR'S
OFFICE OF THE STATE OF ARKANSAS; and
BENTON COUNTY, ARKANSAS                      DEFENDANTS

## O R D E R

      This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The district clerk is directed to file plaintiff's complaint *nunc pro tunc* as of July 13, 2006. The matter of service will be determined at a later date.

      IT IS SO ORDERED this 18th day of July 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 19 2006
CHRIS R. JOHNSON, CLERK
BY        DEPUTY CLERK

                                                                         /s/ Beverly Stites Jones
                                                                      HON. BEVERLY STITES JONES
                                                                        UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)