```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**STEVEN J. HAYS**                                                    PLAINTIFF

        v.               Civil No. 06-5135

**HUMBOLDT COUNTY PROSECUTORS OFFICE,**
**Humboldt County, California;**
**THE GOVERNOR'S OFFICE OF THE STATE**
**OF CALIFORNIA; HUMBOLDT COUNTY,**
**CALIFORNIA; THE STATE OF CALIFORNIA;**
**BENTON COUNTY SHERIFF'S OFFICE,**
**Benton County, Arkansas; BENTON**
**COUNTY JAIL; THE GOVERNOR'S OFFICE**
**OF THE STATE OF ARKANSAS; BENTON**
**COUNTY; and THE STATE OF ARKANSAS**                               DEFENDANTS

### O R D E R

Now on this 9th day of January, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6) and plaintiff's **Objections** thereto (document #7).

The Court has reviewed the Report And Recommendation, and finds that it is sound in all respects.

Defendant's sole Objection worthy of response is that he did not approve of the handling of his case by a Magistrate Judge. This Objection will be **overruled** pursuant to **28 U.S.C. §636**, which authorizes the designation of matters such as this to the Magistrate Judge for report and recommendation.

The remainder of plaintiff's Objections will not be considered, and will be stricken, pursuant to **F.R.C.P. 12(f)**, as

they are immaterial and impertinent.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**